50 A.3d 646

IN THE MATTER OF YONG–WOOK KIM, AN ATTORNEY
AT LAW (ATTORNEY NO. 011232005).

September 12, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–008, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **YONG–WOOK KIM,** of **ENGLEWOOD CLIFFS,** who was admitted to the bar of this State in 2005, and who has been temporarily suspended from the practice of law since April 6, 2011, be disbarred for violating *RPC* 1.15(a) (failure to safeguard funds and knowing misappropriation of funds), *RPC* 8.1(b)(failure to cooperate with ethics authorities), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit, or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979), and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **YONG–WOOK KIM** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **YONG–WOOK KIM** be disbarred, effective **immediately,** and that his name be stricken from the roll of attorneys;

ORDERED that **YONG–WOOK KIM** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.